# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| ROBERT STEVEN COTTRELL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | |
| v. | ) | No. 2:15-cv-00081-WCO-JCF |
| | ) | |
| EQUIFAX INFORMATION | ) | |
| SERVICES LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
L.R. 3.3 CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff: Robert Steven Cottrell

Defendant Equifax Information Services LLC: Equifax Information Services LLC is a wholly-owned subsidiary of Equifax Inc. Equifax Inc. is a publicly traded company on the New York Stock Exchange. No other entity owns 10% or more of Equifax Information Services LLC's stock.

Defendant The Heritage Bank

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Defendant Equifax Information Services LLC:  Equifax Inc., which is the sole parent of Equifax Information Services LLC, and is traded on the NYSE.

(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Plaintiff Robert Steven Cottrell: Matthew T. Berry, Berry & Associates

Defendant Equifax Information Services LLC:  Phyllis B. Sumner, Meryl Roper, and Tameika L. Montgomery, King & Spalding LLP

Defendant The Heritage Bank: Jeffrey Charles Hoffmeyer, Arnall Golden Gregory LLP and Beth E. Rogers, Rogers Law Offices

Respectfully submitted this 29th day of June, 2015.

        KING & SPALDING LLP

        By: /s/ Tameika L. Montgomery
        Phyllis B. Sumner (Ga. Bar No. 692166)
        Meryl W. Roper (Ga. Bar No. 238919)
        Tameika L. Montgomery (Ga. Bar No. 517405)
        1180 Peachtree Street N.E.

Atlanta, Georgia  30309-3521
Tel:  (404) 572-4600
Fax:  (404) 572-5100
Email:  psumner@kslaw.com
Email:  mroper@kslaw.com
Email:  tmontgomery@kslaw.com

*Attorneys for Equifax Information Services LLC*

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that 14 point New Times Roman was used for this pleading and that it has been formatted in compliance with Local Rule 5.4.

This 29th day of June, 2015.

/s/ Tameika L. Montgomery
Tameika L. Montgomery

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notifications of such filing to the following attorneys of record:

Matthew Thomas Berry
Office of Matthew T. Berry
2751 Buford Highway
Suite 400
Atlanta, GA 30324
*Counsel for Plaintiff*

Jeffrey Charles Hoffmeyer
Arnall Golden Gregory LLP-ATL
Suite 2100
171 17th Street, NW
Atlanta, GA 30363-1031

Beth E. Rogers
Rogers Law Offices
Suite 1950
100 Peachtree Street
Atlanta, GA 30303
*Counsel for The Heritage Bank*

                                            /s/ *Tameika L. Montgomery*
                                            Tameika L. Montgomery
                                            Attorney for Equifax Information
                                            Services LLC